UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Sergio David MENDEZ-Lopez,<br><br>　　　　Defendant. | Magistrate Case No. '07 MJ 2868<br><br><u>COMPLAINT FOR VIOLATION OF</u><br><br>Title 8, U.S.C., Section 1326<br>Attempted Entry After Deportation<br>Title 8, U.S.C., Section 1325<br>Illegal entry (a misdemeanor) |

The undersigned complainant being duly sworn states:

### Count 1

On or about **September 07, 2007**, within the Southern District of California, defendant **Sergio David MENDEZ-Lopez**, an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, attempted to enter the United States with the purpose; i.e. conscious desire, to enter the United States at the **Otay Mesa Port of Entry**, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

### Count 2

On or about **September 07, 2007**, within the southern District of California, defendant **Sergio David Mendez-Lopez**, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, or excluded examination and inspection by immigration officers, or attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

　　　　And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Signature of Complainant
　　　　　　　　　　　　　　　　　　　　　　　Mario Avila, U.S. Customs and Border
　　　　　　　　　　　　　　　　　　　　　　　Protection Enforcement Officer

Sworn to before me and subscribed in my presence, this **11th** day of **December 2007**.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

## PROBABLE CAUSE STATEMENT

On September 07, 2007 at approximately 0445 hours Sergio David MENDEZ-Lopez (**Defendant**) was apprehended attempting to enter the United States, concealed in a non-factory compartment of a 1988 Chevrolet 1500 truck at the Otay Mesa Port of Entry. In vehicle secondary Defendant was discovered concealed in a compartment under a toolbox of the truck bed. Upon arrival to the Otay Mesa Port of Entry neither the driver of the truck nor Defendant presented Defendant for examination or inspection by a Customs and Border Protection or an Immigration Officer.

In secondary Defendant was found to be a citizen of Mexico without the proper documentation to enter the United States.

Defendant's fingerprints were queried in the Integrated Automated Fingerprint Identification System (IAFIS), which verified Defendant's identity and immigration history. Further queries in the Immigration Central Index System (CIS) and the Deportable Alien Control System (DACS) confirmed the Defendant was last ordered removed from the United States, by an Immigration Judge on August 02, 2007 and was last physically removed from the United States on August 08, 2007 through the San Ysidro Port of Entry. Immigration records indicate the Defendant has neither applied for nor received permission to legally reenter the United States from the United States Attorney General or the Secretary of Homeland Security.