## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )

vs )

(1) SERGIO DAVID MENDEZ-LOPEZ )

CASE NUMBER __07MJ2868-BLM__

ABSTRACT OF ORDER

Booking No. __05631298__

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __01/10/08__

the Court entered the following order:

__X__ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release

and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

__X__ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:

_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other. _____

Received _____
DUSM

UNITED STATES MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____ Deputy Clerk

Crim-9    (Rev 6-95)

★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY