UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 JAN 14 PM 2:19
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: /s/ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 07MJ2868-BLM |
| v. | JUDGMENT AND COMMITMENT |
| SERGIO DAVID MENDEZ-LOPEZ(1) | MARK F. ADAMS |
| | Defendant's Attorney |

REGISTRATION NO. 05631298

VIOLATION:

- **x** Defendant pleaded guilty to count two(2) of the Complaint.
- **x** Count(s) one(1) dismissed on the government's oral motion.

## JUDGMENT AND COMMITMENT

**x** Defendant is adjudged guilty on count two(2) of the Complaint.

___ SUPERVISED Probation for a term of
on the following conditions:
- **x** Custody of the Bureau of Prisons for four(4) months with credit since September 7, 2007.
- ___ comply with all lawful rules and regulations of the probation department
- ___ not possess any narcotic drug or controlled substance without a lawful medical prescription
- ___ not transport, harbor or assist undocumented aliens
- ___ not reenter the United States illegally
- ___ not possess any firearm, destructive device or any other dangerous weapon
- ___ submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer
- ___ the court waives the mandatory drug testing condition based on the court's determination that the defendant poses a low risk of future substance abuse.
- **x** Penalty assessment of $ 10.00
- **x** Fine waived ___ Fine of $

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

IT IS ORDERED that the Clerk deliver a certified copy of this judgment and commitment to the United States Marshal or other qualified officer and that the copy serve as the commitment of the defendant.

JANUARY 10, 2008
Date of Imposition of Sentence

/s/ Barbara L. Major
BARBARA L. MAJOR
UNITED STATES MAGISTRATE JUDGE
Entered on: