MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
JANUARY 10, 2008

| HON. **BARBARA L. MAJOR** | | | DEPUTY CLERK: **M. BEHNING** |
|---|---|---|---|
| 07mj2868-BLM | USA | VS | SERGIO DAVID MENDEZ-LOPEZ (1/C/SPA)05631298 |

1: MARK ADAMS
AUSA: CHRISTINA McCALL

CHANGE OF PLEA HEARING
SENTENCING HEARING
================================================================
BLM08:1046-1114


CHANGE OF PLEA HEARING HELD
DEFT PLEAD GUILTY TO COUNT TWO(2) OF THE COMPLAINT
NO PLEA AGREEMENT FILED

SENTENCING HEARING HELD
COURT SENTENCES DEFT TO THE CUSTODY OF THE BUREAU OF PRISONS FOR FOUR(4) MONTHS, AND RECEIVES CREDIT SINCE SEPTEMBER 7, 2007
PENALTY ASSESSMENT $10.00
FINE IS WAIVED

GOVT ORAL MOTION TO DISMISS COUNT ONE(1) OF THE COMPLAINT - GRANTED

ABSTRACT ISSUED TO USM